

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 8:20-cr-00164-MCS |
| Plaintiff, | ) ORDER OF DETENTION AFTER<br>) HEARING [Fed. R. Crim. P. 32.1(a)(6);18<br>) U.S.C. § 3143(a)] |
| v. | ) |
| NICKOLAS GREGORY FLOWERS, | ) |
| Defendant. | ) |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of supervision; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *nature of current allegations, including alleged absconding from supervision, criminal history, including parole violations*

   and

B. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *nature of current allegations, including alleged absconding from supervision, criminal history, including parole violations*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: 3-27-23

JOHN D. EARLY
United States Magistrate Judge